# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

CUNNINGHAM PROPERTY
MANAGEMENT TRUST,

    Plaintiff,

v.

ASCENT RESOURCES – UTICA, LLC,

    Defendant.

Case No. 2:16-cv-957
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on Plaintiff Cunningham Property Management Trust's Motion to Lift Stay and Request for Status Conference [ECF No. 33]. The Court stayed this case in its September 25, 2017 Opinion and Order [ECF No. 32] after determining that Plaintiff had failed to comply with the leases' notice requirement. The Court stated that it would stay the case to allow Plaintiff an opportunity to comply with the notice requirement and Defendant Ascent Resources—Utica, LLC an opportunity to cure the purported breaches.

Plaintiff represents that it has complied with the Court's Opinion and Order. Accordingly, it now moves to lift the stay and requests that the Court hold a status conference. For good cause shown, and because Defendant has no objection, Plaintiff's Motion [ECF No. 33] is **GRANTED**. The stay in this case is **LIFTED** and the Court will promptly schedule a status conference.

    **IT IS SO ORDERED.**

11-15-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE